DANIEL G. BOGDEN
United States Attorney
District of Nevada

BRIAN PUGH
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard So., Suite 5000
Las Vegas, Nevada 89101
Tel: 702-388-6336
Fax: 702-388-6787

Email: *brian.d.pugh@usdoj.gov*



FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
             COUNSEL PARTIES OF RECORD

AUG 12 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. 2:97-CR-213-JBR<br>) |
| v. | )<br>) |
| JOSEPH E. DOMINGUEZ, | )<br>) |
| Defendants. | ) |

### MOTION FOR SUPPLEMENTARY PROCEEDINGS (EXAMINATION OF JUDGEMENT DEBTOR)

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Brian Pugh, Assistant United States Attorney, moves this Honorable Court for an order requiring defendant, Joseph E. Dominguez, to appear before a United States Magistrate Judge at a time and place to be set by the court for examination supplementary to judgment pursuant to Rule 69 of Fed. R. Civ. P. and N.R.S. 21.270.

1  This motion is based upon the attached Declaration and the pleadings and papers on file herein.
2  DATED this 12th day of August, 2014.

DANIEL G. BOGDEN
United States Attorney

BRIAN PUGH
Assistant United States Attorney

# DECLARATION

## FOR MOTION FOR SUPPLEMENTARY PROCEEDINGS
## (EXAMINATION OF JUDGMENT DEBTOR)

STATE OF NEVADA     )
                    )
COUNTY OF CLARK     )

Kim Bush, declares pursuant to 28 U.S.C. §1746 under penalty of perjury that the foregoing is true and correct.

1. I am a Legal Assistant in the Financial Litigation Unit for the United States Attorney's Office, District of Nevada. I have custody of the records in this office pertaining to this collection matter.

2. Judgment was entered, for the plaintiff and against defendant on, November 13, 1998, for the sum of $1,015,439.00, together with interest thereon from the date of judgment and court costs.

3. Joseph E. Dominguez resides within the jurisdiction of this Court.

4. The judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. The judgment remains unpaid.

_____
Kim Bush
Legal Assistant
Financial Litigation Unit

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                                            )
         Plaintiff,                )    Case No. 2:97-CR-213-JBR
                                            )
  v.                                    )
                                             )
JOSEPH E. DOMINGUEZ,       )
                                            )
         Defendants.         )

**ORDER FOR SUPPLEMENTARY PROCEEDINGS OF JUDGMENT
DEBTOR EXAMINATION**

On plaintiff's motion and good cause appearing, the defendant, Joseph E. Dominguez, is hereby Ordered to appear before the United States Magistrate in courtroom __3C__, Lloyd D. George Federal Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on the _2nd_ day of __October__, 2014 at __9:00 a.m.__, to then and there answer upon oath concerning the property of the defendant and for such other proceedings as there may occur consistent with proceedings supplementary to execution.

It is further ordered that you, the defendant, bring to the hearing the following:

1. Your three most recent federal income tax returns with their attachments.

2. Copies of all personal and business financial statements concerning checking and savings accounts for the past twelve months.

3. A copy of the titles to all you and your spouses' vehicles, automobiles, boats, aircraft, etc

4. Copies of your earnings statements (i.e. paychecks) for the past twelve months.

5. Copies of your bills for the past twelve months to verify statements on the financial form.

It is further ordered that a copy of this order shall be served upon the defendant by the United States Marshall or private process service at least ___14___ calendar days before the hearing scheduled herein.

Failure to appear may subject you, the defendant, to punishment for contempt of court.

DATED August 29, 2014.

_____
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

_____
BRIAN PUGH
Assistant United States Attorney